# Order

**Supreme Court**
**Lansing, Michigan**

September 23, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127660

JOYCE MCDOWELL, as Personal
Representative of the estates of BLAKE
BROWN, JOYCE BROWN, and
CHRISTOPHER BROWN, deceased, and
as Conservator for JONATHON FISH,
JOANNE CAMPBELL, and JUANITA FISH,
            Plaintiff-Appellee,

v

CITY OF DETROIT and the DETROIT
HOUSING COMMISSION,
            Defendants-Appellants.

SC: 127660
COA: 246294
Wayne CC: 00-039668-NO

_____/

On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether the Court of Appeals erred in holding that negligent nuisance is an exception to governmental immunity under *Hadfield v Oakland County Drain Commissioner*, 430 Mich 139 (1988), and whether, if a fire begins in the space between an inner and outer wall of leased premises, the fire "trespasses" to the tenant's premises when it spreads beyond the inner wall. The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.

I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2005

_____
Clerk

d0919